IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LAQUITTA RHODES, Individually
and on Behalf of all Others
Similarly Situated                                                                  PLAINTIFF

v.                         Case No. 1:18-cv-1029

CONIFEX EL DORADO, INC.                                                             DEFENDANT

## ORDER

Before the Court is Plaintiff Laquitta Rhodes' Unopposed Motion for Voluntary Dismissal Without Prejudice. (ECF No. 11). The Court finds that no response is necessary. The Court finds the matter ripe for consideration.

On May 29, 2018, Plaintiff filed this putative class and collective action pursuant to the Fair Labor Standards Act and the Arkansas Minimum Wage Act. On November 2, 2018, Plaintiff filed the instant motion to dismiss. Plaintiff states that she wishes to voluntarily dismiss her claims without prejudice pursuant to Federal Rule of Civil Procedure 41.

Rule 41 governs the dismissal of actions. An action may be dismissed by court order at the plaintiff's request, on terms the court considers proper. Fed. R. Civ. P. 41(a)(2). "Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal." *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

Upon consideration, the Court finds that good cause has been shown for the motion and that no party will be prejudiced by the dismissal of this case. Accordingly, the Court finds that Plaintiff's motion (ECF No. 11) should be and hereby is **GRANTED**. Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 2nd day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge